Swen Prior, Esq.
Nevada Bar No. 9324
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
sprior@swlaw.com
baustin@swlaw.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN BRIDGES, TIMOTHY HUTCHISON, AARON NORDQUIST, ANHAI TRAN, ZACHARY DIAMOND, JENNA HAYWARD, CHRISTIAN OLVERA, PATRICK HUTCHISON, and RYU NUN, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUNNY FUFUU LLC, and MICHAEL KURYLO,<br><br>Defendants. | Case No.: 2:22-cv-01989-MMD-EJY<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules 7-1 and IA 6-2, Plaintiffs Stephen Bridges, Timothy Nordquist, Anhai Tran, Zachary Diamond, Jenna Hayward, Christian Olvera, Patrick Hutchison and Ryu Nun ("Plaintiffs") and Defendants Bunny FuFuu LLC and Michael Kurylo ("Defendants"), through their respective counsel, hereby stipulate and agree that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended through and including March 10, 2023. Good cause exists for the stipulated extension, as the Parties are presently engaged in preliminary settlement discussions and fact finding to facilitate the same. This stipulation is filed in good faith and not intended to cause delay.

Dated: February 8, 2023

    SNELL & WILMER L.L.P.

By: /s/ *Bradley Austin*
Swen Prior, Esq.
Bradley T. Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants*

Dated: February 8, 2023

    LEON GREENBERG
    PROFESSIONAL CORPORATION

By: /s/ *Leon Greenberg*
Leon Greenberg, Esq.
Ruthann Devereaux-Gonzalez, Esq.
1811 S. Rainbow Blvd., Ste. 210
Las Vegas, NV 89146

*Attorneys for Plaintiffs*

IT IS SO ORDERED. *Nunc pro tunc*

_____
UNITED STATES DISTRICT JUDGE

DATED: March 23, 2023

4882-3394-4143