LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ.,
SBN 15904
Leon Greenberg Professional Corporation
1811 S. Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN BRIDGES, TIMOTHY HUTCHISON, AARON NORDQUIST, ANHAI TRAN, ZACHARY DIAMOND, JENNA HAYWARD, CHRISTIAN OLVERA, PATRICK HUTCHISON, RYU NUN, and ANDRE MONIECHAN Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUNNY FUFUU LLC, and MICHAEL KURYLO,<br><br>Defendants. | Case No.: 2:22-cv-01989-MMD-EJY<br><br>**STIPULATION TO STAY CASE**<br><br>**First Request** |

Plaintiffs Stephen Bridges, Timothy Nordquist, Anhai Tran, Zachary Diamond, Jenna Hayward, Christian Olvera, Patrick Hutchison and Ryu Nun ("Plaintiffs") and Defendants Bunny FuFuu LLC and Michael Kurylo ("Defendants"), through their respective counsel, hereby stipulate and agree that this case shall be stayed for all purposes from May 10, 2023, through July 10, 2023.

Good cause exists for the stipulated stay, as the Parties are presently engaged in settlement discussions. In compliance with the Court's Doc. 16 Order the Parties will file a proposed

discovery plan and scheduling order by June 16, 2023, if they cannot advise the Court of a settlement by that date. This stipulation is filed in good faith and not intended to cause delay.

Dated: May 10, 2023

LEON GREENBERG
PROFESSIONAL CORPORATION

By: /s/ *Leon Greenberg*
Leon Greenberg, Esq.
Ruthann Devereaux-Gonzalez, Esq.
1811 S. Rainbow Blvd., Ste. 210
Las Vegas, NV 89146

*Attorneys for Plaintiffs*

Dated: May 10, 2023

SNELL & WILMER L.L.P.

By: /s/ *Bradley Austin*
Swen Prior, Esq.
Bradley T. Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 10, 2023

- 2 -