LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 S. Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN BRIDGES, TIMOTHY HUTCHISON, AARON NORDQUIST, ANHAI TRAN, ZACHARY DIAMOND, JENNA HAYWARD, CHRISTIAN OLVERA, PATRICK HUTCHISON, RYU NUN, and ANDRE MONIECHAN Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BUNNY FUFUU LLC, and MICHAEL KURYLO, <br><br> Defendants. | Case No.: 2:22-cv-01989-MMD-EJY <br><br> **STIPULATED SCHEDULING ORDER** <br><br> **(SUBMITTED IN COMPLIANCE WITH LR 26-1(b))** |

The parties, by and through their respective counsel, file this stipulated discovery plan pursuant to Local Rule 26-1.

1. <u>The date the Rule 26(f) initial disclosures were provided or will be provided, by each party:</u>

On July 31, 2023, the parties will serve their Rule 26(f) initial disclosures.

2. <u>A deadline for the completion of discovery</u>:

    The defendants answered the complaint on March 10, 2023, and answered plaintiffs' first amended complaint on April 3, 2023. The parties engaged in discussions toward a cooperative resolution of this case. This Court issued a stay of this case on May 10, 2023, such stay will lift on July 10, 2023. Discovery shall be completed within six (6) months of that date, meaning January 8, 2024.

3. <u>A deadline for amending pleadings/adding parties</u>:

    Motions to add parties or amend the pleadings shall be submitted no later than October 9, 2023.

4. <u>Dates for disclosure of expert testimony</u>:

    Initial expert disclosures shall be made by November 6, 2023, and rebuttal expert disclosures shall be made by December 11, 2023.

5. <u>Dispositive motion deadline date</u>:

    Dispositive motions shall be filed no later than February 5, 2024.

6. <u>Joint Pretrial Order deadline date</u>:

    The joint pretrial order shall be filed no later than March 4, 2024, if no dispositive motions are filed and undecided. If any dispositive motions are filed and undecided, the joint pretrial order shall be filed within 30 days after decisions have been issued on all such motions.

7. <u>Fed. R. Civ. P. 26(a)(3) disclosures</u>:

   FRCP Rule 23(a)(3) disclosures shall be made no less than 30 days prior to trial.

8. <u>Alternative Forms of Case Disposition Certification</u>:

   The parties have conferred about proceeding with alternative forms of case disposition, including arbitration or short trial, and have not come to any agreement on the use of the same.

9. <u>Electronic Evidence</u>:

   The parties have not agreed upon any protocols or procedures for the use of electronic evidence to be presented at trial.

10. <u>Electronic Service Agreement</u>

    The parties agree that pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure any discovery or other papers may be served by sending such documents by email to the primary email addresses for all counsel of record.  To the extent discovery requests are served on a Saturday, Sunday, or legal holiday, service will be deemed effective on the next day that is not a Saturday, Sunday, or legal holiday.  For electronic service to be effective as to Plaintiff, electronic service shall be sent to Plaintiff at ranni@overtimelaw.com and leongreenberg@overtimelaw.com unless otherwise amended in writing by Plaintiff.  For electronic service to be effective as to Defendants,

electronic service shall be sent to Defendant at

unless otherwise amended in writing by Defendants.

11. <u>Alternative Dispute Resolution</u>:

The parties certify that they met and conferred about the possibility of using alternative dispute resolution but have not reached an agreement to the same.

| | |
|---|---|
| Dated: June 15, 2023<br>LEON GREENBERG<br>PROFESSIONAL CORPORATION<br><br>By: /s/ *Leon Greenberg*<br>Leon Greenberg, Esq.<br>Ruthann Devereaux-Gonzalez, Esq.<br>1811 S. Rainbow Blvd., Ste. 210<br>Las Vegas, NV 89146<br><br>*Attorneys for Plaintiffs* | Dated: June 15, 2023<br>SNELL & WILMER L.L.P.<br><br><br>By: /s/ *Bradley Austin*<br>Swen Prior, Esq.<br>Bradley T. Austin, Esq.<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: June 16, 2023