LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 S. Rainbow Blvd. Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN BRIDGES, TIMOTHY HUTCHISON, AARON NORDQUIST, ANHAI TRAN, ZACHARY DIAMOND, JENNA HAYWARD, CHRISTIAN OLVERA, PATRICK HUTCHISON, RYU NUN, and ANDRE MONIECHAN Individually and on behalf of others similarly situated,<br>                     Plaintiffs,<br><br>v.<br>BUNNY FUFUU LLC, and MICHAEL KURYLO,<br>                     Defendants. | Case No. 2:22-cv-01989-MMD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED the claims set forth in the

Complaint by Plaintiffs Stephen Bridges, Timothy Hutchison, Aaron Nordquist,

Anhai Tran, Zachary Diamond, Jenna Hayward, Christian Olvera, Patrick

Hutchison, Ryu Nun, and Andre Moniechan, against Defendants Bunny Fufuu

LLC, and Michael Kurylo, (collectively, "Defendants") are dismissed, with

prejudice, with each party to bear its own fees and costs in respect to the same.

DATED: November 27, 2023          LEON GREENBERG PC


                                   By        /s/ Ruthann Devereaux-Gonzalez
                                          Leon Greenberg, Esq.
                                          Ruthann Devereaux-Gonzalez, Esq.
                                          *Attorneys for Plaintiffs*


DATED: November 27, 2023          SNELL & WILMER, L.L.P.


                                   By        /s/ Swen Prior
                                          Swen Prior, Esq.
                                          Bradley T. Austin, Esq.
                                          *Attorneys for Defendants*


<u>**ORDER**</u>

IT IS SO ORDERED.


DATED:  November 27, 2023         _____

                                   UNITED STATES DISTRICT JUDGE